IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALYSSA TRUNZO,<br><br>    Plaintiff,<br><br>vs.<br><br>KINDERCARE EDUCATION, INC.,<br><br>    Defendants. | Case No. 2:23-cv-941-DSC<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by the Parties, through their undersigned attorneys, that the above-captioned action, including all counterclaims, cross-claims, and third-party claims, is hereby dismissed with prejudice and on the merits, without costs to any parties.

| | |
|---|---|
| PRAETORIAN LAW GROUP, LLC | FORDHARRISON LLP |
| By: /s/ Peter T. Kobylinski<br>David M. Kobylinski, Esq.<br>Peter T. Kobylinski, Esq.<br>515 Court Place, Ste. 4<br>Pittsburgh, Pennsylvania 15219<br>dave@koby.law<br>pete@koby.law<br>*Attorneys for Plaintiff* | By: */s/ Mark A. Saloman*<br>Mark A. Saloman, Esq.<br>300 Connell Drive, Suite 4100<br>Berkeley Heights, New Jersey 07922<br>Tel: 973-646-7311<br>msaloman@fordharrison.com<br>*Attorneys for Defendant* |
| Date: 10/4/2023 | Date: October 4, 2023 |

**SO ORDERED:**
Dated: November 15, 2023

s/David Stewart Cercone
David Stewart Cercone
Senior U.S. District Court Judge